IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JASON L. BROWN,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| **CITY OF PHILADELPHIA** | : | |
| **OFFICE OF HUMAN RESOURCES,** | : | **NO. 17-5410** |
| *Defendant.* | : | |

# ORDER

AND NOW, this 4th day of January, 2018, upon consideration of Mr. Brown's Motion for Relief (ECF No. 4) and Motion to Serve (ECF No. 5), it is **ORDERED** that:

1. Mr. Brown's Motion for Relief is **GRANTED** to the extent he seeks leave to file an amended complaint.

2. The Clerk of Court is **DIRECTED** to note on the docket that Mr. Brown's Motion for Relief is his Amended Complaint.

3. The Amended Complaint is **DISMISSED**, without prejudice, pursuant to Rule 8 of the Federal Rules of Civil Procedure and 28 U.S.C. § 1915(e)(2)(B)(ii), in accordance with the Court's Memorandum. Mr. Brown is given leave to file a second amended compliant within thirty (30) days of the date of this Order in the event that he can state a plausible claim that lies within this Court's jurisdiction. If Mr. Brown files a second amended complaint, he should identify all of the defendants in the caption in addition to the body, and shall describe in detail what rights Mr. Brown believes were violated and how each defendant was responsible for violating those rights. Upon the filing of a second amended complaint, the Clerk of Court shall not make service until so ORDERED by the Court.

4. The Clerk of Court shall furnish Mr. Brown with a blank copy of this Court's current standard form to be used by a *pro se* litigant filing a civil action bearing the above-captioned civil action number.

5. Mr. Brown's Motion to Serve (ECF No. 5) is **DENIED** at this time.

6. If Mr. Brown fails to comply with this Order, his case may be dismissed for failure to prosecute without further notice.

**BY THE COURT:**

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*United States District Court Judge*