IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON L. BROWN, *Plaintiff*, | : | CIVIL ACTION |
| v. | : | |
| CITY OF PHILADELPHIA OFFICE OF HUMAN RESOURCES, *Defendant*. | : | NO. 17-5410 |

# ORDER

AND NOW, this 24th day of January, 2018, upon consideration of Mr. Brown's Second Amended Complaint (ECF No. 9) and second motion to proceed *in forma pauperis* (ECF No. 10), it is **ORDERED** that:

1. The Second Amended Complaint is **DISMISSED**, with prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and Rule 8 of the Federal Rules of Civil Procedure consistent with the Court's Memorandum. Mr. Brown may not file a third amended complaint in this matter.

2. Mr. Brown's second motion to proceed *in forma pauperis* is **DENIED**, as unnecessary.

3. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*